CHAMBERS OF
**ROBERT P. PATTERSON, JR.**
DISTRICT JUDGE

September 10, 2008

Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Sir:

     Enclosed are the original and three copies of my Amended
Financial Disclosure Report for Calendar Year 2007.

     If you have any questions, please call me at 212-805-0238.

Very truly yours,



U.S. District Judge

Enclosures

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Patterson, Jr., Robert P | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>09/10/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U.S. District Court<br>Chambers 2550, 500 Pearl St.<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Managers | The Havens Relief Fund Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 SEP 15 A 11: 22
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 09/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Hancock | Insurance Policy Loan | J |
| 2. | National Life Insurance | Insurance Policy Loan | J |
| 3. | New England Life (now Met Life) | Insurance Policy Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 1/15 | K | | Partial mandatory redemption |
| 2. Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 1/15 | K | | Partial mandatory redemption |
| 3. Istar Finl Inc. | B | Dividend | K | T | Partial Sale | 12/20 | J | A | |
| 4. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 5. Byron Bergen NY Sched 2.5% 6/15/08 | B | Interest | L | T | | | | | |
| 6. Clarkstown School Dist. 4.5% 4/15/10 | A | Interest | L | T | | | | | |
| 7. Edgemont School Dist. N.Y. 5.50% at 1/15/07 (Greenburgh) | B | Interest | | | Sale | 10/15 | J | A | |
| 8. New Rochelle City 4% 9/1/03 | B | Interest | K | T | | | | | |
| 9. N.Y. State Env. Fac. 5.6% 9/15/13 | A | Interest | J | T | | | | | |
| 10. N.Y. State Env. Fac. 5.25% 6/15/14 | C | Interest | L | T | | | | | |
| 11. Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 12. Orleans County, NY 4.9% 12/15/14 | B | Interest | K | T | | | | | |
| 13. Syracuse NY Ref. 3% 10/1/08 | A | Interest | K | T | | | | | |
| 14. New York Tax Free Income Fund | A | Interest | J | T | | | | | |
| 15. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 16. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 17. Green Point Savings Cash Equivalent | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY Tax Free Income Fund | A | Interest | | | | 1/10 | | | Transfer - NY Money Fund |
| 19. Bear Stearns New York Money Fund | D | Interest | O | T | | 1/10 | | | Transfer from NY Daily Tax |
| 20. Dover Corp. | A | Dividend | | | Buy | 7/20 | K | | |
| 21. Dover Corp. | | | | | Sale | 12/14 | K | | Loss |
| 22. Life Cell Corp. | | None | K | T | Buy | 1/9 | K | | |
| 23. Schlumberger Ltd. | A | Dividend | K | T | Buy | 3/19 | J | | |
| 24. Copart, Inc. | | None | K | T | | | | | |
| 25. Dril-Quip Corp. CL-B | | None | K | T | | | | | |
| 26. Harris Stratex Networks, Inc. | | None | | | Sale | 12/14 | J | | Loss |
| 27. Cisco Systems, Inc. | | None | K | T | Buy | 3/12 | J | | |
| 28. Corning Inc. | A | Dividend | K | T | Buy | 4/26 | K | | |
| 29. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 30. Florida East Coast Inds. | D | Dividend | | | Sale | 7/27 | K | D | |
| 31. General Electric | A | Dividend | K | T | | | J | | |
| 32. IBM | A | Dividend | L | T | | | | | |
| 33. Istar Financial | C | Dividend | K | T | | | | | |
| 34. Helmerich & Payne Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kimco Realty | A | Dividend | | | Sale | 2/07 | K | E | |
| 36. Kimco Realty | A | Dividend | | | Sale | 6/19 | K | E | |
| 37. Presstek, Inc. | | None | J | T | Buy | 8/15 | J | | |
| 38. Presstek | | None | J | T | Buy | 10/15 | J | | |
| 39. Medco Health Solutions | | None | K | T | | | | | |
| 40. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 41. Questar Corp. | A | Dividend | L | T | | | | | |
| 42. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 43. Teleflex Inc. | A | Dividend | K | T | | | | | |
| 44. TESCO Corp. | | None | K | T | Buy | 1/05 | J | | |
| 45. (AOL) Time Warner | A | Dividend | J | T | | | | | |
| 46. Igene Biotechnology Inc. (WTS) | | None | | T | | | | | No value |
| 47. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | J | T | | | | | |
| 48. Progress Energy, Inc. | | None | | T | | | | | No value |
| 49. Ultra Life Battery | | None | | | Sale | 5/8 | K | A | |
| 50. Symbol Technologies | | None | | | Sale | 1/10 | K | C | |
| 51. Zoll Medical | | None | | | Sale | 11/15 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Air Products & Chemicals | A | Dividend | | | Sale | 8/8 | K | D | |
| 53. International Coal Group, Inc. | | None | K | T | Buy | 10/8 | J | | |
| 54. Brookhaven NY Ind. Devl. 5/6% 12/1/09 | C | Interest | | | Sale | 12/3 | | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 09/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Through an oversight due to change of clearing broker in January 2007, I failed to list a purchase by ██████ of Symbol Technolgies in my May 2006 Financial Disclosure Report. Purchase was on 5/8/06 for just over $15,000. Sale was made on 1/10/07, as reflected in this Report for 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 09/10/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Patterson, Jr., Robert P | U.S. District Court, S.D.N.Y. | 05/08/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>Chambers 2550, 500 Pearl St.<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Managers | The Havens Relief Fund Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 19 A 10: 55
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. John Hancock | Insurance Policy Loan | J |
| 2. National Life Insurance | Insurance Policy Loan | J |
| 3. New England Life (now Met Life) | Insurance Policy Loan | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 1/15 | K | | Partial mandatory redemption |
| 2. Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 1/15 | K | | Partial mandatory redemption |
| 3. Istar Finl Inc. | B | Dividend | K | T | Partial Sale | 12/20 | J | A | |
| 4. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 5. Byron Bergen NY Sched 2.5% 6/15/08 | B | Interest | L | T | | | | | |
| 6. Clarkstown School Dist. 4.5% 4/15/10 | A | Interest | L | T | | | | | |
| 7. Edgemont School Dist. N.Y. 5.50% at 1/15/07 (Greenburgh) | B | Interest | | | Sale | 10/15 | J | A | |
| 8. New Rochelle City 4% 9/1/03 | B | Interest | K | T | | | | | |
| 9. N.Y. State Env. Fac. 5.6% 9/15/13 | A | Interest | J | T | | | | | |
| 10. N.Y. State Env. Fac. 5.25% 6/15/14 | C | Interest | L | T | | | | | |
| 11. Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 12. Orleans County, NY 4.9% 12/15/14 | B | Interest | K | T | | | | | |
| 13. Syracuse NY Ref. 3% 10/1/08 | A | Interest | K | T | | | | | |
| 14. New York Tax Free Income Fund | A | Interest | J | T | | | | | |
| 15. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 16. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 17. Green Point Savings Cash Equivalent | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY Tax Free Income Fund | A | Interest | | | | 1/10 | | | Transfer - NY Money Fund |
| 19. Bear Stearns New York Money Fund | D | Interest | O | T | | 1/10 | | | Transfer from NY Daily Tax |
| 20. Dover Corp. | A | Dividend | | | Buy | 7/20 | K | | |
| 21. Dover Corp. | | | | | Sale | 12/14 | K | | Loss |
| 22. Life Cell Corp. | | None | K | T | Buy | 1/9 | K | | |
| 23. Schlumberger Ltd. | A | Dividend | K | T | Buy | 3/19 | J | | |
| 24. Copart, Inc. | | None | K | T | | | | | |
| 25. Dril-Quip Corp. CL-B | | None | K | T | | | | | |
| 26. Harris Stratex Networks, Inc. | | None | | | Sale | 12/14 | J | | Loss |
| 27. Cisco Systems, Inc. | | None | K | T | Buy | 3/12 | J | | |
| 28. Corning Inc. | A | Dividend | K | T | Buy | 4/26 | K | | |
| 29. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 30. Florida East Coast Inds. | D | Dividend | | | Sale | 7/27 | K | D | |
| 31. General Electric | A | Dividend | K | T | | | J | | |
| 32. IBM | A | Dividend | L | T | | | | | |
| 33. Istar Financial | C | Dividend | K | T | | | | | |
| 34. Helmerich & Payne Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kimco Realty | A | Dividend | | | Sale | 2/07 | K | E | |
| 36. Kimco Realty | A | Dividend | | | Sale | 6/19 | K | E | |
| 37. Presstek, Inc. | | None | J | T | Buy | 8/15 | J | | |
| 38. Presstek | | None | J | T | Buy | 10/15 | J | | |
| 39. Medco Health Solutions | | None | K | T | | | | | |
| 40. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 41. Questar Corp. | A | Dividend | L | T | | | | | |
| 42. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 43. Teleflex Inc. | A | Dividend | K | T | | | | | |
| 44. TESCO Corp. | | None | K | T | Buy | 1/05 | J | | |
| 45. (AOL) Time Warner | A | Dividend | J | T | | | | | |
| 46. Igene Biotechnology Inc. (WTS) | | None | | T | | | | | No value |
| 47. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | J | T | | | | | |
| 48. Progress Energy, Inc. | | None | | T | | | | | No value |
| 49. Ultra Life Battery | | None | | | Sale | 5/8 | K | A | |
| 50. Symbol Technologies | | None | | | Sale | 1/10 | K | C | |
| 51. Zoll Medical | | None | | | Sale | 11/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Air Products & Chemicals | A | Dividend | | | Sale | 8/8 | K | D | |
| 53. International Coal Group, Inc. | | None | K | T | Buy | 10/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Through an oversight due to change of clearing broker in January 2007, I failed to list a purchase by ▮▮▮▮ of Symbol Technolgies in my May 2006 Financial Disclosure Report. Purchase was on 5/8/06 for just over $15,000. Sale was made on 1/10/07, as reflected in this Report for 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 05/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544